IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASH GHOSH, | No. C-14-2922 MMC |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S LETTER REQUEST FOR ADDITIONAL TIME TO SERVE** |
| v. | |
| CITY OF BERKELEY, et al., | |
| Defendants. | |

The Court is in receipt of a letter from plaintiff, dated October 23, 2014, in which plaintiff states he needs "additional time" to serve defendants because he is "experiencing delays" as to certain of the defendants and because "some defendants" are "out of state or out of the area."[1]

Under the Local Rules of this District, any request for a court order must be presented by a motion, see Civil L.R. 7-1(a), not by a letter. Further, any factual contention made in support a motion "must be supported by an affidavit or declaration," see Civil L.R. 7-5(a), and plaintiff has not offered an affidavit or declaration to support his factual assertions.

Accordingly, plaintiff's letter request is hereby DENIED, without prejudice to plaintiff's

---

[1] As the Court noted in its order dated September 16, 2014, the deadline to serve defendants named in the initial complaint was October 23, 2014.

filing a motion supported by an affidavit or declaration.  In any such motion, plaintiff shall specify what steps he has taken to attempt service of process on any defendant not yet served, and to specify the additional period of time he seeks.

**IT IS SO ORDERED.**

Dated:  November 6, 2014

MAXINE M. CHESNEY
United States District Judge

2