**LEE LAW OFFICES**
KENYON MARK LEE (CSBN 94102)
MONIKA P. LEE (CSBN 117019)
1700 South El Camino Real, Suite 450
San Mateo, California 94402
Telephone: (650) 212 3400
Facsimile: (650) 212 3404

STEVE SCHIRLE, SBN 96085
CESAR V. ALEGRIA, JR. SBN 145625
PACIFIC GAS AND ELECTRIC COMPANY
P.O. Box 7442
San Francisco, CA 94120

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASH B. GHOSH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BEKELEY, ZACHARY D. COWAN, LAURA MCKINNEY, MARK RHOADES, JOAN MacQUARRIE, MATTHEW LeGRANT, PATRICK EMMONS, BERKELEY HOUSING AUTHORITY, TIA INGRAM, J. BENJAMIN MCGREW, PACIFIC GAS AND ELECTRIC COMPANY, KORMAN & NG, ROBERT RICHERSON, and Doe 1 GREG HEIDENREICH, and Doe 2 MALCOLM D. PRINCE, Doe 3 FRANK TULP and DOES 1-10.<br><br>Defendants. | Case No.   CV-14-02922 MMC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT AS TO DEFENDANT PG&E OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br>Fed. R. Civ. Proc 12 (b) (6); 12 (e)<br><br>Date:         December 19, 2014<br>Time:        9:00 a.m.<br>Court.:      450 Golden Gate Avenue, San Francisco, CA<br>Dept.:       Courtroom 7<br>Judge:      Hon. Maxine Chesney<br><br>Complaint filed: June 24, 2014 |

TO PLAINTIFF RASH B. GHOSH:

NOTICE IS HEREBY GIVEN that on December 19, 2014 at 9:00 a.m., or as thereafter as counsel may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Courtroom 7, 19th Floor, in the courtroom of Judge Maxine M. Chesney, defendant will, and hereby does, move the Court for an order dismissing the amended complaint as to defendant Pacific Gas and Electric Company.  This motion is brought on the grounds that (1)the amended complaint is so vague and unintelligible that it completely fails to state a viable claim for relief under Rule 12 (b)(6); (2) the plausible claims are barred by the applicable statutes of limitation; (3) the claims are barred by the principles of res judicata and collateral estoppel; (4) plaintiff has failed to serve a proper summons duly issued by the clerk of the court; (5)  plaintiff has failed to timely serve the summons and complaint within 120 days of the filing of the complaint.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the declaration of Kenyon Mark Lee filed herewith, the Request for Judicial Notice, also filed herewith, and the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: November 13, 2014            LEE LAW OFFICES

                                    By:    */s/ Kenyon Mark Lee*
                                           Kenyon Mark Lee
                                           Attorneys for Defendant Pacific Gas and
                                           Electric Company

1   NOTICE OF MOTION RE DISMISSAL AS TO DEFENDANT PG&E, OR FOR A MORE DEFINITE STATEMENT Case No. CV-14-02922-MMC