AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __Califronia__

Rash B. Ghosh
    Plaintiff (s),
V.
City of Berkeley, et al.
    Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-2922-MMC

Notice is hereby given that, subject to approval by the court, __Plaintiff Rash B. Ghosh__ substitutes
(Party (s) Name)

__Julia Swanson__, State Bar No. __165039__ as counsel of record in
(Name of New Attorney)

place of __Rash B. Ghosh, in Pro Per__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Swanson & Peluso
    Address: 1861 N. Topanga Canyon Blvd., Topanga CA 90290
    Telephone: (310) 455-2100    Facsimile (310) 878-0187
    E-Mail (Optional): jswanson@swanson-peluso.com

I consent to the above substitution.
Date: 3/9/2015
*(Signature of Party (s))*

I consent to being substituted.
Date: 3/9/2015
*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 3/9/2015
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: March 10, 2015
*Judge*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]