IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RASH GHOSH,

        Plaintiff,

  v.

CITY OF BERKELEY, et al.,

        Defendants.
                                    /

No. CV-14-2922 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. The deferred portion of the City Defendants' motion to dismiss is hereby GRANTED, and Count IV is hereby DISMISSED without leave to amend.
2. Plaintiff's request for further leave to amend to allege additional claims under 42 U.S.C. § 1983 is hereby DENIED.
3. Count II is hereby DISMISSED, without prejudice to refiling in state court.

Dated: June 5, 2015

                                            Richard W. Wieking, Clerk

                                            *Tracy Lucero*

                                            By: Tracy Lucero
                                            Deputy Clerk