IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASH GHOSH,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF BERKELEY, et al.,<br><br>  Defendants. | No. C-14-2922 MMC<br><br>**ORDER STRIKING MOTION TO ALTER JUDGMENT** |

The Court is in receipt of a "Motion to Alter or Amend the Judgment," filed June 30, 2015, which filing has been submitted by plaintiff Rash Ghosh, who asserts in the caption of said motion that he is proceeding "pro se."

Plaintiff is represented in the above-titled action by attorneys Julia Swanson and Larry Peluso of Swanson & Peluso. (See Orders, filed March 10, 2015.) Counsel has not sought to withdraw, and, indeed, cannot withdraw in the absence of a court order. See Civil L.R. 5-1(c)(2)(D); Civil L.R. 11-5. Consequently, as plaintiff is represented by counsel, he may not file documents pro se.

Accordingly, the "Motion to Alter or Amend the Judgment" is hereby STRICKEN.

**IT IS SO ORDERED.**

Dated: July 2, 2015

MAXINE M. CHESNEY
United States District Judge